**STATE of Missouri, Respondent,**

v.

**Tommy A. JOHNSON, Appellant.**

**No. WD 52834.**

Missouri Court of Appeals,
Western District.

March 11, 1997.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

## ORDER

PER CURIAM.

Tommy A. Johnson appeals the judgment of conviction for first degree tampering. We affirm. Rule 30.25(b).